declared that the s$^d$ Judgment be null & voyd in law & all acts since Done by either partie in prosecution of the s$^d$ Judgment be in like manner null & voyd, untill the S$^d$ Appleton have opportunity of further plea whereunto he shal be admitted before the end of the next Court of Assistants in September or the Court take further order heereon. Past by y$^e$ magis$^t$s as their Act at the Court off assistants on Adjournm$^t$ this 4 of June 1680.

Edw$^d$ Rawson Secret

At the September Court of Assistants the case was finally settled (Records, i. 167):

The Court on Consideration of their late Act in June last Reasuming the Chanceryng of m$^r$ Apleton$^s$ bond declare they haue chancerjed the s$^d$ bond to thirty fiue pounds mony & m$^r$ Apleton to haue the tobacco$^s$ himselfe.]

### HOMES cont$^a$ HENSHAW

Joseph Homes Attourny to William Pond plaint. cont$^a$ Daniel Henshaw Defend$^t$ The plaint. was nonsuted upon non-appearance

### TIDD cont$^a$ SMITH

Rhoda Tidd Executrix to the Estate of Edward Porter late of Boston dece$^d$ plaint. cont$^a$ Thomas Smith of Charlestown Defend$^t$ in an accion of debt of Four pounds Seven Shillings in money due by booke according to attachm$^t$. . . . The Jury . . . found for the Defend$^t$ costs of Court.

### SIMPSON cont$^a$ SALTER &c$^a$

Loammi Simpson who married with Elizabeth Relict widow of Richard Critchley dece$^d$ or John Cleesby his Lawfull Attourny plaint. cont$^a$ Jabez Salter and Nathan$^{ll}$ Addams Junio$^r$ Defend$^t$ in an action of debt of Seven pounds ten Shillings in money or thereabouts remaining due to bee paid of the annuity ordered the s$^d$ Elizabeth by the County Court sitting by Adjournm$^t$ 23. nov$^r$ 1675. according to attachm$^t$. . . . The Jury . . . found for the Defend$^{ts}$ costs of Court.

[ See case of the same name at the July session, 1679, above, p. 1040.]

### ELLIS cont$^a$ MITCHEL &c$^a$

Henry Ellis plaint. cont$^a$ Thomas Mitchel & John Lux or either of them Defend$^{ts}$ in an action of trespass upon the case for that the s$^d$ Thomas Mitchel and John Lux did about the middle of April